# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2024-0634
LT Case No. 2011-CF-7086-A

———————————————

EVERETT JAMES BROOKS,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————

3.850 Appeal from the Circuit Court for Duval County.
Mark J. Borello, Judge.

Everett James Brooks, Cross City, pro se.

Ashley Moody, Attorney General, Tallahassee, and Michael
Schaub, Assistant Attorney General, Tallahassee, for Appellee.

August 16, 2024

PER CURIAM.

    Appellant appeals the trial court's denial of his Florida Rule
of Criminal Procedure 3.850 motion for postconviction relief in
Duval County Circuit Court Case No. 2011-CF-7086-A. We affirm
the trial court's order and caution him that abusive, repetitive,
malicious, or frivolous filings directed to Duval County Circuit
Court Case No. 2011-CF-7086-A may result in sanctions such as a
bar on pro se filing in this Court and referral to prison officials for

disciplinary proceedings, which may include forfeiture of gain time. *See* § 944.279(1), Fla. Stat. (2020); *State v. Spencer*, 751 So. 2d 47 (Fla. 1999).

AFFIRMED; APPELLANT CAUTIONED.

EDWARDS, C.J., and WALLIS and BOATWRIGHT, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————